**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Henry POTTS, Defendant–**
**Appellant.**

No. 01–7658.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

William Henry Potts, Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Henry Potts appeals the district court's order denying his motion to dismiss

indictment under Fed.R.Crim.P. 12(b)(2). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. *See United States v. Potts,* No. CR–95–15 V (W.D.N.C. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the district court and argument would not aid the decisional process.

*AFFIRMED.*